In the Matter of the Application of J. EDWARD SIMMONS et al., Constituting the Board of Water Supply of the City of New York, Appellants, to Acquire Real Estate in the City of Yonkers, Required · for Hill View Reservoir.

EDWARD B. HANLON et al., Respondents.

*Matter of Simmons (Hill View Reservoir)*, 151 **App. Div.** 885, affirmed.

(Argued October 1, 1912; decided October 15, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 1, 1912, which affirmed an order of Special Term confirming the report of commissioners of appraisal in the above-entitled proceeding.

*Archibald R. Watson, Corporation Counsel (H. T. Dykman* of counsel), for appellants.

*Arthur J. Burns* for respondents.

Order affirmed, with costs, no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.